NO. 07-07-0501-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 11, 2008

______________________________


LARRY DONELL WILSON, SR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

_________________________________

FROM THE DISTRICT COURT OF DONLEY COUNTY;

NO. 3423; HONORABLE JOHN T. FORBIS, JUDGE




_______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ.
ABATEMENT AND REMAND
          Appellant, Larry Donell Wilson, Sr., filed a notice of appeal from the trial court’s
order deferring adjudication of guilt for arson. A copy of the Trial Court’s Certification of
Defendant’s Right of Appeal was filed with the notice of appeal. However, the form does
not comply with Rule 25.2(d) of the Texas Rules of Appellate Procedure nor is it signed by
Appellant as required by the Rule.



          Consequently, we abate this appeal and remand the cause to the trial court for
further proceedings. Upon remand, the trial court shall utilize whatever means necessary
to secure a Certification of Defendant’s Right of Appeal in compliance with Rule 25.2(d).


 
Once properly executed, the certification shall be included in the clerk’s record currently
due to be filed on January 31, 2008.
          It is so ordered.
                                                                           Per Curiam
Do not publish.